UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert                                                    Jane K. Castro
Clerk of Court                                                    Chief Deputy Clerk

July 16, 2026

Ms. Julia Bannon
Ms. Gillian Marie Fahlsing
Mr. Alexander Norris
Ms. Honor Moore
Office of the Aurora City Attorney
15151 East Alameda Parkway, Suite 5300
Aurora, CO 80012-0000

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Mr. William Montgomery
2443 South University Boulevard PMB 129
Denver, CO 80210

**RE:     26-1153, Montgomery v. Lore**
          Dist/Ag docket: 1:21-CV-02553-PAB-CYC

Dear Counsel and Appellee:

Please be advised that the court issued an order today dismissing this case.

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's final order takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/klp